[No. 5300–4–II.   Division Two.   June 20, 1983.]

JEANICE BELL, *as Executrix and Individually, Appellant,*
v. JAMES C. TRYON, *Respondent.*

Appeal from a judgment of the Superior Court for Lewis County, No. 36914, D. J. Cunningham, J., entered December 22, 1980. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 6485–5–II.   Division Two.   June 20, 1983.]

BERTHA GLAZER, *Appellant,* v. JAMES S. MUNN,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 814405, George H. Revelle, J., entered October 7, 1980. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 5811–1–II.   Division Two.   June 20, 1983.]

VIVIAN L. BARNEY, ET AL, *Respondents,* v. PHILIP
N. HERBIG, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Mason County, No. 14249, Gerry L. Alexander, J., entered August 5, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 5767–1–II.   Division Two.   June 21, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. LEONARD
A. HYSTAD, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 7161, Don L. McCulloch, J., entered June 25, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.